UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MERYL L. BLASS,

      Plaintiff,

v.                                 Case No:   2:13-cv-547-FtM-38DNF

J.C. PENNEY CORPORATION, INC.,

      Defendant.
_____/

### **ORDER[1]**

      This matter comes before the Court on review of the docket. On January 10, 2014, Plaintiff's counsel filed a Notice of Serving Interrogatories to Defendant (Doc. #27). In accordance with Local Rule 3.03(c)-(e), Middle District of Florida, copies of written interrogatories, answers and objections to interrogatories, notices of oral depositions, transcripts of oral depositions, requests for the production of documents and other things, responses to requests for production, matters disclosed pursuant to Federal Rule of Civil Procedure 26(a)(1), requests for admissions, and responses to requests for admissions shall not be filed with the Court as a matter of course. Discovery materials are filed only in limited circumstances, including if ordered by the Court, if necessary to the presentation or defense of a motion, or if required by Federal Rule of Civil Procedure 26(a)(3).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The limited circumstances in which discovery materials are to be filed with the Court do not appear to be present in this instance.  Therefore, the Court will direct that the entry be removed from the docket and counsel is advised to comply with the Local Rules for future filings.[2]

Accordingly, it is now

**ORDERED:**

The Clerk of Court is directed to remove Notice of Serving Interrogatories to Defendant (Doc. #27) from the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] Counsel is also directed to the Handbook on Civil Discovery Practice in the United States District Court for the Middle District of Florida.

2